IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| TABITHA HOLT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| UNITED SPECIALTY INSURANCE COMPANY And ZX INTERNATIONAL, INC., | ) |
| Defendants. | ) State Court Pleading No. 2216-CV11477 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant United Specialty Insurance Company ("USIC") removes to the United States District Court for the Western District of Missouri the action captioned *Tabitha Holt v. United Specialty Ins. Co., et al., Case No. 2216-CV11477*, currently pending in the Circuit Court of Jackson County, Missouri. USIC removes this case on the grounds of diversity jurisdiction under 28 U.S.C. § 1332. USIC states the following as grounds for removal.

1. On May 26, 2022, Plaintiff filed a Petition in the Circuit Court of Jackson County, Missouri, captioned *Tabitha Holt v. United Specialty Ins. Co., et al., Case No. 2216-CV11477* (the "State Court Action"). A copy of each filing in the State Court Action is attached as Exhibit A. In the State Court Action, Plaintiff's Petition purports to assert an equitable garnishment claim.

2. The Circuit Court of Jackson County, Missouri, issued its summons to USIC on May 27, 2022. See Exhibit A.

3. Defendant USIC was served with the Summons and Petition on June 22, 2022.

1

4.    Defendant USIC has not filed an Answer to the Petition or otherwise appeared in this case.

## BASIS FOR FEDERAL COURT ORIGINAL JURISDICTION

5.    Plaintiff's Petition seeks damages in excess of $75,000 against Defendant, exclusive of interest and costs.

6.    According to the Petition, Plaintiff is a resident of Ohio.

7.    Defendant USIC is a Delaware corporation with its principal place of business in Bedford, Texas.

8.    Defendant ZX International, Inc., upon information and belief, is a California corporation with a principal place of business in California. According to the Petition, ZX International, Inc., is a California Corporation with a service address located in La Puente, California.

9.    Regarding the true properly joined parties in interest, this is a civil action between citizens of different states within the meaning of 28 U.S.C. § 1332(a)(1) and (c)(1).

10.    Because this action is between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs, this Court has original jurisdiction over the claims alleged in Plaintiff's Petition under 28 U.S.C. § 1332(a).

## PROPRIETY OF REMOVAL

11.    This Court has original jurisdiction of this matter under 28 U.S.C. § 1332(a).

12.    This Notice of Removal is timely because it is filed within thirty (30) days of USIC's receipt of the Petition in accordance with 28 U.S.C. § 1446(b) and (c).

13.    Neither Defendant is a citizen of Missouri.

14.    This matter is properly removable under 28 U.S.C. § 1441(a) and (b).

15. Removal of this matter is not barred by 28 U.S.C. § 1445.

16. Pursuant to 28 U.S.C. § 1446(a), USIC has attached hereto as Exhibit A copies of all process, pleadings and orders served upon it in this matter.

17. Pursuant to 28 U.S.C. § 1446(d), USIC will file a copy of this Notice of Removal with the Circuit Court of Jackson County, Missouri and will provide prompt notice to all adverse parties.

WHEREFORE, Defendant United Specialty Insurance Company removes the above-captioned action from the Circuit Court of Jackson County, Missouri, to the United States District Court for the Western District of Missouri.

Respectfully submitted,

DYSART TAYLOR COTTER
McMONIGLE & BRUMITT, P.C.

By: */s/ John F. Wilcox, Jr.*

| | |
|---|---|
| Amanda Pennington Ketchum | MO #51011 |
| John F. Wilcox, Jr. | MO #46997 |
| Anne Lindner Saghir | MO#59077 |

700 W. 47th Street, Suite 410
Kansas City, Missouri 6412
Telephone: (816) 931-2700
Facsimile: (816) 931-7377
*aketchum@dysarttaylor.com*
*jwilcox@dysarttaylor.com*
*asaghir@dysarttaylor.com*

ATTORNEYS FOR DEFENDANT
UNITED SPECIALTY INSURANCE COMPANY

3

## CERTIFICATE OF SERVICE

I certify that on July 22, 2022, a true copy of the foregoing document was filed via the Court's electronic filing system, which will transmit notice of said filing via electronic mail to counsel of record for the parties as follows:

J.J. Burns
DOLLAR BURNS BECKER & HERSHEWE, LC
1100 Main Street, Suite 2600
Kansas City, MO 64105
*jjb@dollar-law.com*

ATTORNEYS FOR PLAINTIFF

　　　　　　　　　　　　　　　　　　　　*/s/ John F. Wilcox, Jr.*
　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　**UNITED SPECIALTY INSURANCE**
　　　　　　　　　　　　　　　　　　　**COMPANY**