Electronically Filed - Jackson - Independence - May 26, 2022 - 02:09 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
at INDEPENDENCE

| | | |
|---|---|---|
| TABITHA HOLT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| UNITED SPECIALTY INSURANCE COMPANY | ) | Division _____ |
| **SERVE**: Director of Insurance | ) | |
| 301 West High Street, Room 530 | ) | |
| Jefferson City, MO 65101 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ZX INTERNATIONAL, INC. | ) | |
| **SERVE**: Junping Du | ) | |
| 15811 Cadwell Street | ) | |
| La Puente, CA 91744 | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION

COMES NOW Plaintiff Tabitha Holt, by and through her attorneys, and for her cause of action against Defendants United Specialty Insurance Company and ZX International, Inc., states and alleges as follows:

### Allegations Common to All Counts

1.      Plaintiff Tabitha Holt is an individual who resides in Ohio.

2.      Defendant United Specialty Insurance Company ("United") is a foreign insurance company, organized and existing under the laws of the State of Delaware.  As a foreign insurance company, United is subject to service of process through the Missouri Director of Insurance.

3.      Defendant ZX International, Inc. ("ZX") is a California Corporation.  ZX's agent for service of process is Junping Du, 15811 Cadwell Street, La Puente, California 91744.

4.	At all times material hereto, Defendant ZX was engaged in the business of interstate trucking and transportation of goods.

5.	At all times material hereto, Defendant United provided insurance coverage to Defendant ZX, and was aware of Defendant ZX's operations as an interstate motor carrier.

6.	On or about January 31, 2016, Plaintiff's son, Brandan Sutherland (Plaintiff's Decedent), died as a result of injuries he suffered in a motor vehicle collision ("the subject motor vehicle collision") caused by the insurable negligence of Defendant ZX in Franklin County, Missouri.

7.	Plaintiff was one of the wrongful death beneficiaries of Brandan Sutherland.

8.	On or about November 25, 2020, Plaintiff filed a Petition for Damages for Wrongful Death caused by the subject motor vehicle collision against Defendant ZX in the Circuit Court of Jackson County, Missouri, captioned <u>Tabitha Holt v. ZX International, Inc.</u>, Case Number 2016-CV24639 ("the Underlying Lawsuit").  A true and correct copy of said Petition is attached hereto as Exhibit 1, and is incorporated herein by reference.

9.	On or about February 11, 2021, Division 14 of the Circuit Court of Jackson County, Missouri, entered Judgment in favor of Plaintiff Tabitha Holt and against Defendant ZX in the Underlying Lawsuit in the amount of $3,600,000.00 ("Judgment").  The Court also ordered that interest on the award was to run at 5.25% per annum pursuant to Mo. Rev. Stat. Section 408.040.3.  A true and correct copy of said Judgment is attached hereto as Exhibit 2, and is incorporated herein by reference.

<u>**Equitable Garnishment**</u>

10.	Plaintiff incorporates the foregoing paragraphs by reference as though fully set forth herein.

11.    The judgment amount of $3,600,000.00, plus post-judgment interest, awarded in the Judgment remains unpaid and owing more than thirty days after entry of said Judgment.

12.    This action is brought pursuant to §379.200, R.S.Mo., more than thirty days after the entry of judgment in favor of Plaintiff and said Judgment has become final.

13.    In consideration of a stipulated premium, Defendant United issued and delivered a policy of insurance or multiple policies of insurance ("Insurance Policy") to Defendant ZX.

14.    At all times material hereto, the Insurance Policy was in full force and effect at the time of the insurable negligence of the insured Defendant ZX which resulted in the Judgment.

15.    At all times material hereto, Defendant United insured the liability of Defendant ZX pursuant to the terms and conditions of the Insurance Policy.

16.    At all times material hereto, the Insurance Policy was subject to an MCS-90 Endorsement For Motor Carrier Policies of Insurance for Public Liability Under Sections 29 and 30 of the Motor Carrier Act, such that no condition, provision, stipulation, or limitation contained in the Insurance Policy, or any endorsement thereon, or violation thereof, shall relieve United from liability for payment of the final Judgment within the limits therein described.

17.    At all times material hereto, Defendant ZX complied with all terms and conditions and conditions precedent contained in the Insurance Policy.

18.    The Insurance Policy provides coverage for the negligent acts of Defendant ZX pursuant to the provisions of coverage contained in the Insurance Policy.

19.    Defendant United has failed to pay the sum equal to the underlying Judgment and/or the limits of the Insurance Policy in accordance with the Insurance Policy.

20.    Plaintiff, as a judgment creditor of insured Defendant ZX, are third-party beneficiaries who are entitled to enforce the Insurance Policy issued by Defendant United.

21.　　By reason of the terms and provisions of the Insurance Policy, and by reason of the underlying Judgment entered against Defendant ZX, Defendant United is obligated to pay the Judgment in the amount of $3,600,000.00, plus interest, or the limits of the Insurance Policy if the limits of the Insurance Policy are less than $3,600,000.00.

WHEREFORE, Plaintiff prays for judgment against Defendants ZX and United for the sum of $3,600,000.00, plus pre-judgment interest, post-judgment interest, Plaintiff's costs herein expended, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

DOLLAR BURNS BECKER & HERSHEWE, LC

/s/ *JJ Burns*
J.J. Burns　　　　　　　MO Bar # 64758
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816)876-2600
(816) 221-8763 (Fax)
jjb@dollar-law.com
ATTORNEYS FOR PLAINTIFF

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE**

TABITHA HOLT,

                    **PLAINTIFF(S),**                    **CASE NO.  2216-CV11477**
**VS.**                                                  **DIVISION 5**

UNITED SPECIALTY INSURANCE COMPANY,

                    **DEFENDANT(S).**

**NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE**
**AND ORDER FOR MEDIATION**

---

         NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **JAMES FRANCIS KANATZAR** on **16-SEP-2022** in **DIVISION 5** at **08:30 AM**.  All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting.  Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file.  All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

         A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2.  The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS.  Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

         At the Case Management Conference, counsel should be prepared to address at least the following:

    a.      A trial setting;

    b.      Expert Witness Disclosure Cutoff Date;

    c.      A schedule for the orderly preparation of the case for trial;

    d.      Any issues which require input or action by the Court;

    e.      The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ JAMES FRANCIS KANATZAR
JAMES FRANCIS KANATZAR**, Circuit Judge**

### Certificate of Service

This is to certify that a copy of the foregoing was electronic noticed, faxed, emailed and/or mailed or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
JEFFREY JOSEPH BURNS, DOLLAR BURNS & BECKER LC, 1100 MAIN STREET STE 2600, KANSAS CITY, MO 64105

Defendant(s):
UNITED SPECIALTY INSURANCE COMPANY
ZX INTERNATIONAL, INC.

Dated: 27-MAY-2022                                    MARY A. MARQUEZ
                                                      Court Administrator



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JAMES FRANCIS KANATZAR | Case Number: 2216-CV11477 |
|---|---|
| Plaintiff/Petitioner:<br>TABITHA HOLT | Plaintiff's/Petitioner's Attorney/Address:<br>JEFFREY JOSEPH BURNS<br>DOLLAR BURNS & BECKER LC<br>1100 MAIN STREET STE 2600<br>KANSAS CITY, MO 64105 |
| Defendant/Respondent:<br>UNITED SPECIALTY INSURANCE COMPANY | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Other Tort | |

vs.

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **ZX INTERNATIONAL, INC.**
Alias:

SERVE: JUNPING DU
15811 CADWELL STREET
LA PUENTE, CA 91744

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

27-MAY-2022
_____ Date

_____
Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
   ☐ other _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Subscribed and sworn to** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
                    ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                    ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org  →  Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JAMES FRANCIS KANATZAR | Case Number: 2216-CV11477 |
|---|---|
| Plaintiff/Petitioner:<br>TABITHA HOLT | Plaintiff's/Petitioner's Attorney/Address<br>JEFFREY JOSEPH BURNS<br>DOLLAR BURNS & BECKER LC<br>1100 MAIN STREET STE 2600 |
| vs. | KANSAS CITY, MO 64105 |
| Defendant/Respondent:<br> UNITED SPECIALTY INSURANCE COMPANY | Court Address:<br>308 W Kansas |
| Nature of Suit:<br>CC Other Tort | INDEPENDENCE, MO 64050<br>(Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** UNITED SPECIALTY INSURANCE COMPANY
**Alias:**
SERVE: DIRECTOR OF REVENUE
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

**COURT SEAL OF**



**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

27-MAY-2022
Date _____
Clerk

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

*(Seal)*     **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____         _____
                          Date                                    Notary Public

**Sheriff's Fees**
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) *For Court Use Only*: Document 11 # 22 SMCC 4253 1 of 1Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 94.20; 506.120 – 506.140, and 506.150 RSMo
Case 4:22-cv-00468-RK   Document 1-2   Filed 07/22/22   Page 10 of 19

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

**TABITHA HOLT V UNITED SPECIALTY INSURANCE CO ET AL**

CASE NO: **2216-CV11477**
☒ CIRCUIT JUDGE CASE
☐ ASSOCIATE CIRCUIT JUDGE CASE
☐ COMMISSIONER CASE

## ORDER TRANSFERRING CASE

☒ CIVIL   ☐ CRIMINAL   ☐ DOMESTIC RELATIONS

This case is transferred to the Presiding Judge for reassignment pursuant to Circuit Court Rule for the following reason(s):

☐ Change of Judge   ☒ Recusal   ☐ Certification   ☐ Request for Jury

☐ Change of Venue to _____   ☐ Reciprocal Case   ☐ Other _____

☐ By agreement of the Judges, this cause is transferred directly to Division ____ pursuant to Circuit Court Rule. This transfer is with consent of the presiding judge and pursuant to local rule allowing a direct transfer of the case to a consenting judge without involvement of the Presiding Judge or the Presiding Judge's staff. No reciprocal transfer case is authorized by the Presiding Judge with regard to this transfer.

☐ Reciprocal transfer of a comparable case to Division ____ in exchange for Case # _____.

**CASE MANAGEMENT CONFERENCE/TRIAL DATES SET FOR THIS DIVISION ARE CANCELED.**

| | |
|---|---|
| 21 June 2022 | _James F. Kanatzar_ |
| DATE | JUDGE |

### ORDER OF PRESIDING JUDGE REASSIGNING CASE

This case is reassigned to Division 12 pursuant to Circuit Court Rule.

☒ The receiving division shall select a comparable case, enter all data required to change the judge of record and cancel all scheduled events, including, but not limited to, case management conference, pretrial conference and trial dates, and shall deliver the case file folder to the transferring division listed above, along with a copy of this notice, within 20 days after the date of this Order. Failure to complete this reciprocal transfer within twenty days from the date of this Order shall result in forfeiting the right to make a reciprocal transfer with regard to this case.

| | |
|---|---|
| 22-Jun-2022 | _[signature]_ |
| DATE | JUDGE |

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was hand delivered/faxed/emailed/mailed and/or sent through the eFiling system to the following attorneys of record on ___22-Jun-2022___ .

Jeffrey Burns, Esq.

Data Entry
Copy

RECEIVING JAA: _____

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

**TABITHA HOLT V UNITED SPECIALTY INSURANCE CO ET AL**

CASE NO: **2216-CV11477**
☒ CIRCUIT JUDGE CASE
☐ ASSOCIATE CIRCUIT JUDGE CASE
☐ COMMISSIONER CASE

## ORDER TRANSFERRING CASE

☒ CIVIL ☐ CRIMINAL ☐ DOMESTIC RELATIONS

This case is transferred to the Presiding Judge for reassignment pursuant to Circuit Court Rule for the following reason(s):

☐ Change of Judge ☒ Recusal ☐ Certification ☐ Request for Jury

☐ Change of Venue to _____ ☐ Reciprocal Case ☐ Other _____

☐ By agreement of the Judges, this cause is transferred directly to Division ____ pursuant to Circuit Court Rule. This transfer is with consent of the presiding judge and pursuant to local rule allowing a direct transfer of the case to a consenting judge without involvement of the Presiding Judge or the Presiding Judge's staff. No reciprocal transfer case is authorized by the Presiding Judge with regard to this transfer.

☐ Reciprocal transfer of a comparable case to Division ____ in exchange for Case # _____.

**CASE MANAGEMENT CONFERENCE/TRIAL DATES SET FOR THIS DIVISION ARE CANCELED.**

| | |
|---|---|
| 21 June 2022 | _James F. Kanatzar_ |
| DATE | JUDGE |

## ORDER OF PRESIDING JUDGE REASSIGNING CASE

This case is reassigned to Division ____ pursuant to Circuit Court Rule.

☐ The receiving division shall select a comparable case, enter all data required to change the judge of record and cancel all scheduled events, including, but not limited to, case management conference, pretrial conference and trial dates, and shall deliver the case file folder to the transferring division listed above, along with a copy of this notice, within 20 days after the date of this Order. Failure to complete this reciprocal transfer within twenty days from the date of this Order shall result in forfeiting the right to make a reciprocal transfer with regard to this case.

| | |
|---|---|
| DATE | JUDGE |

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was hand delivered/faxed/emailed/mailed and/or sent through the eFiling system to the following attorneys of record on _____.

Jeffrey Burns, Esq.

Data Entry
Copy

RECEIVING JAA: _____

State of Missouri

# Department of Commerce and Insurance



FILED-CIRCUIT COURT
JACKSON CO.-MO-I

22 JUL -8 AM 11:03

**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

UNITED SPECIALITY INSURANCE COMPANY
TERRY L. LEDBETTER
1900 L. DON DODSON DR.
BEDFORD, TX 76021

**RE:** Court: Jackson Co. at Independence, Case Number: 2216-CV11477

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Wednesday, June 22, 2022.

_____
Director of Commerce and Insurance

---

AFFIDAVIT

State of Missouri,

         ss.

County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on June 22, 2022 by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Commerce and Insurance

By _____

Subscribed and sworn to before me this 22nd day of June, 2022

Kathryn Latimer
Notary Public

My commission expires: _____

KATHRYN LATIMER
My Commission Expires
March 4, 2024
Cole County
Commission #12418395

301 West High Street, Room 530, P.O. Box 690 / JeffersonCity, Missouri 65102-0690
Telephone 573-526-0000 / TDD 1-573-526-4536 (Hearing Impaired)
http://www.dci.mo.gov

SSOTH 1

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT INDEPENDENCE

TABITHA HOLT,                          )
                                       )
                                       )      Case  No. 2216-CV11477
          Plaintiff,                   )      Division 12
                                       )
v.                                     )
                                       )
UNITED SPECIALTY INSURANCE             )
COMPANY, et al.,                       )
                                       )
          Defendants.                  )

```
┌─────────────────────────────────┐
│            FILED                │
│          DIVISION 12            │
│    27-Jun-2022   09:44          │
│  CIRCUIT COURT OF JACKSON COUNTY, MO │
│  BY _____      │
└─────────────────────────────────┘
```

## ORDER FOR CASE MANAGEMENT CONFERENCE

NOW on the 23rd day of June, 2022, the Court takes up and considers the above captioned matter. The Court being duly advised in the premises hereby orders as follows;

IT IS HEREBY ORDERED that this matter is set for a **Case Management Conference** on **August 29, 2022 at 9:00 a.m. IN PERSON in Division 12,** located at 308 West Kansas Ave., Independence, MO 64050.

IT IS SO ORDERED.

_____23-Jun-2022_____                          _____
Date                                           Judge Jennifer M. Phillips
                                               Division 12

## CERTIFICATE OF MAILING

It is hereby certified that a copy of the forgoing was sent via the e-filing system and/or U.S. Mail, postage pre-paid, on __27-Jun-2022__, to all attorneys of record.

Law Clerk

Electronically Filed - Jackson - Independence - July 12, 2022 - 01:43 PM

Attorney or Party without Attorney:
DOLLAR, BURNS, BECKER &
HERSHEWE, LC
1100 MAIN ST STE 2600
KANSAS CITY, MO 64105

Case No: 2216CV1147
Doc. No: 3302206220072

COUNTY OF LOS ANGELES  SHERIFF'S DEPARTMENT  STATE OF CALIFORNIA
Court: CIRCUIT        County: JACKSON COUNTY        State: MISSOURI
HOLT, TABITHA VS UNITED SPECIALTY INS CO

AFFIDAVIT OF SERVICE

I certify that  LIPING TIAN
being first duly sworn, deposes and says:  That he is a regularly appointed,
qualified deputy Sheriff of the said County of Los Angeles, in the State of
California, and over the age of twenty-one years, not a party to the action
or related to either party, nor an attorney for a party, nor in any way
interested in the within named action, and authorized to serve civil process
        SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF
        MISSOURI (EXCEPT ATTACHMENT ACTION); PETITION; NOTICE
        OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE & ORDER

On  07/07/22 at  10:20 AM and that he served the same on the defendant and/or
respondent named below, on the date indicated, by delivering to and leaving
with said defendant and/or respondent in the County of Los Angeles, State of
California, personally, a true and correct copy thereof, with all notices and
endorsements thereon, in the manner and the place and time shown below:

1. Name: ZX INTERNATIONAL INC            C/O JUNPING DU


2. Person served and title:
        ZX INTERNATIONAL INC
        C/O JUNPING DU


3. Person with whom left and title or relationship to person served:


4. Date and time of delivery
        10:20 AM
        07/07/22

5. Mailing date, type of mail and place of mailing


6. Address, city and state:
        1427 WEST COVINA PKWY., RM 127
        WEST COVINA, CA 91790

        (   ) Home        ( X ) Business

7. Manner of Service:

( X ) (Personal Service) by personally delivering true copies to the
      person, firm or corporation served.
      (  ) With endorsement of name, place of service and official
           title on copy served.
      (  ) With required notice written or printed on the face of
           the process served.
      (  ) Affiant showed the original process to the defendant at
           the time of such service.

( X ) (Identification) was made as to the identify of the person so
      served was as follows:
      (  ) Photograph of the defendant attached to the process and
           furnished by the plaintiff herein and made a part of this
           affidavit.
      ( X ) Sex: M   Race: ASIAN        Hair: GRAY        Age: 58
            Weight: 210   Height: 5 Ft.  11 Ins.
            Drivers Lic:                      Other:

( X ) (Military Service) That at the time of service of process,
      defendant stated he/she is not in the military service.

8. FEE FOR SERVICE:$ 40.00
            NOTARY:          COUNTY CLERK:         TOTAL:$ 40.00
Deputy LIPING TIAN
SHERIFF'S OFFICE                    Alex Villanueva, SHERIFF
1427 WEST COVINA PKWY., RM 127
WEST COVINA, CA 91790          By:_____
(626)813-3255                                        Deputy Sheriff

| A Notary Public or other officer completing this certificate verifies only
| the identity of the individual who signed the document to which this
| certificate is attached, and not the truthfulness, accuracy, or validity
| of that document.

State of California
County of Los Angeles

  On _____ before me,
  _____ (Name & Title of Officer)
personally appeared _____,
who proved to me on the basis of satisfactory evidence to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of
California that the foregoing paragraph is true and correct.

  WITNESS my hand and official seal.

Signature _____  (Seal)

Electronically Filed - Jackson - Independence - July 12, 2022 - 01:43 PM

Attorney or Party without Attorney:
DOLLAR, BURNS, BECKER &
HERSHEWE, LC
1100 MAIN ST STE 2600
KANSAS CITY, MO 64105

Case No: 2216CV1147
Doc. No: 3302206220072

COUNTY OF LOS ANGELES  SHERIFF'S DEPARTMENT  STATE OF CALIFORNIA
Court: CIRCUIT     County: JACKSON COUNTY      State: MISSOURI
HOLT, TABITHA VS UNITED SPECIALTY INS CO

Additional Documents:

FOR MEDIATION